JAMES KUYKENDALL, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued June 8, 1943; decided July 20, 1943.

548

*Robert H. Schaffer,* Acting Corporation Counsel (*Paxton Blair* and *Joseph F. Mulqueen, Jr.,* of counsel), for appellant.

*Ralph Stout, Robert McGowan Smith, Louis H. Levine* and *Abraham L. Kanter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J. Taking no part: THACHER, J.